IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL Z. MALDONADO,

                              Petitioner,                              ORDER

    v.

RICK RAEMISCH, Secretary                                          10-cv-90-bbc
Wisconsin Department of Corrections,

                              Respondent.

---

       This case presents a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 challenging a probation revocation. On May 20, 2010, the court denied petitioner's motion to compel the production of his May 22, 2007 polygraph examination paper print-out graphs and the video recording of the polygraph. Petitioner's motion for reconsideration of this decision was denied on June 8. 2010.

       Now before court is petitioner's motion to compel "the respondent's exclusive contractor and employee" to produce these documents. As the court stated in its May 20, 2010 order, these records are not necessary for the resolution of this petition. The documents were not before the Administrative Law Judge when she revoked petitioner's probation or before the state courts when they upheld the revocation decision.

ORDER

       IT IS ORDERED that petitioner's motion to compel discovery, dkt. # 27, is DENIED.

       Entered this 6th day of August, 2010.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge