IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL Z. MALDONADO,

    Petitioner,

v.

RICK RAEMISCH, Secretary,
Wisconsin Department of Corrections,
and AMY WARD, Supervising Agent,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-90-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that petitioner Daniel Z. Maldonado's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_____       9/21/10
Peter Oppeneer, Clerk of Court      Date